**UNITED STATES BANKRUPTCY COURT**
Northern District of California
SAN JOSE DIVISION

In re: Bruce Schroetlin & Carol Johnson-Schrotlin  )   Case No. <u>17-53003</u>
Dba Woodcraft-Hardwood Floors  )
                                              )
                                              )   Business Income and Expenses
                                              )
Debtor(s).                                    )

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.

**PART A** - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months prior to filing:        $<u>169,978.00</u>

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:
2. Gross Monthly Income:        $ <u>12,729.40</u>

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (other than Debtor)        $ _____
4. Payroll Taxes        _____
5. Unemployment Taxes        _____
6. Worker's Compensation        _____
7. Other Taxes        _____
8. Inventory Purchases (including raw materials)        4,174.20
9. Purchase of Feed/Fertilizer/Seed/Spray        _____
10. Rent(other than debtor's principal residence)        _____
11. Utilities        206.60
12. Office Expenses and Supplies        188.45
13. Repairs and Maintenance        _____
14. Vehicle Expenses        463.10
15. Travel and Entertainment        _____
16. Equipment Rental and Leases        _____
17. Legal/Accounting/Other Professional Fees        _____
18. Insurance        247.20
19. Employee Benefits (e.g., pension, medical, etc.)        _____
20. Payments to be made Directly by Debtor to Secured
    Creditors for pre-petition business Debts
    (specify):_____        _____
21. Other(Specify) <u>Bank Charge (119.80) Answering service(40)</u>        1550.88
    Advertising (132.75) Licenses & Permits (36.33)Interest(372)
    Storage fee (850.00)
22. Total Monthly Expenses (Add items 3-21)        $<u>6,830.43</u>

**PART D** - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)        $<u>5,898.97</u>