```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O Box 50013
    San Jose, CA 95150-0013
 3
    Telephone: (408) 354-4413
 4  Facsimile:  (408) 354-5513

 5  Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BRUCE SCHROETLIN,

Debtor(s)

Chapter 13
Case No. 17-53003 SLJ

TRUSTEE'S OBJECTION TO DEBTOR'S
CLAIM OF EXEMPTIONS WITH
CERTIFICATE OF SERVICE

Judge: Hon. Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the debtor's claim of exemptions for the following reasons:

1. Devin Derham-Burk, Chapter 13 Standing Trustee ("Trustee") objects to Debtor's claimed exemptions because of the following: It appears from the petition that the Debtor is married. Debtor is claiming exemptions pursuant to Cal. Civ. Proc. Code §§703.010 -.150 and the spousal waiver required pursuant to Cal. Civ. Proc. Code §703.140(a)(2) has not been filed. The Trustee requests that the Debtor amend the exemptions to utilize exemptions pursuant to Cal. Civ. Proc. Code §§704.010-.210 or file the appropriate spousal waiver.

**If the objection to exemption is not resolved within sixty (60) days, a hearing will be set pursuant to B.L.R. 9014-1(c)(1)**

Dated: January 25, 2018

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am a over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Claim of Exemptions by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 25, 2018.

Said envelopes were addressed as follows:

| BRUCE SCHROETLIN | DOUGHERTY & GUENTHER APC |
| --- | --- |
| 759 GETTYSBURG WAY | 601 S MAIN ST |
| GILROY, CA 95020 | SALINAS, CA 93901 |

/S/ Devin L. Pace

_____

Office of Devin Derham-Burk, Trustee