RALPH P GUENTHER, ESQ., BAR NO. 124245
**DOUGHERTY & GUENTHER, APC**
601 South Main Street
Salinas, CA 93901
(831) 783-3440
FAX (831) 796-0390

Attorney for Debtor, Bruce Schroetlin

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

Bruce Schroetlin;

    Debtor.

Case No.: 17-53003 SLJ

**Chapter 13**

## SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140 (a) (2)

We, Bruce Schroetlin and Carol Johnson-Schroetlin, hereby waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Title 9, Division 2, Chapter 4, other than those under C.C.P. § 703.140(b)

Dated: January 29, 2018      /s/ Bruce Schroetlin
    Bruce Schroetlin, Debtor

Dated: January 29, 2018      /s/ Carol Johnson-Schroetlin
    Carol Johnson-Schroetlin, Non-Filing Spouse